UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20188-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

JOSE D. SANCHEZ MORENO,

    **Defendant.**

_____/

**NOTICE ON FORFEITURE**

    The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby advises this Honorable Court that the United States is not pursuing federal judicial forfeiture in the above-styled case at this time.

                      Respectfully Submitted,

                      HAYDEN P. O'BYRNE
                      UNITED STATES ATTORNEY

By:    *s/G. Raemy Charest-Turken*
          Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
          Assistant United States Attorney
          E-mail: Gabrielle.Charest-Turken@usdoj.gov
          99 N.E. 4th Street, Suite 700
          Miami, Florida 33132
          Phone: (305) 961-9365